Dismissed and Memorandum Opinion filed October 6, 2005









Dismissed and Memorandum Opinion filed October 6,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00920-CV

____________

 

GEORGIA BRYANT, Individually and as
Representative of the ESTATE OF ALBERT BRYANT, and CLAYTON ALBERT BRYANT, Appellants

 

V.

 

MEMORIAL HERMANN HOSPITAL SYSTEM
d/b/a MEMORIAL HERMANN HOSPITAL, Appellee

 



 

On Appeal from the
270th District Court

Harris County, Texas

Trial Court Cause No.  04-63551

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 4, 2005.

On October 3, 2005, appellants filed an unopposed motion to
dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed October 6, 2005.

Panel consists of Justices Hudson,
Frost, and Seymore.